**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | |
| Plaintiff, | 2:21-cv-01923-JCM-VCF |
| v. | **ORDER** |
| DWAYNE HEARN, | |
| Defendant. | |

Before the court is defendant's request for extension of time to respond to plaintiff's complaint (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on defendant's request for extension of time to respond to plaintiff's complaint (ECF No. 12), is scheduled for 2:00 PM, January 27, 2022.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 7th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE